The People of the State of New York, Respondent, v. August A. Wagner, Appellant.— Judgment affirmed. No opinion.

Mary Maloney, as Administratrix, etc., of Edward Maloney, Deceased, Appellant, v. Sheffield Farms-Slawson-Decker Company, Respondent.— Judgment affirmed, with costs. No opinion.

Margaret Morgan, an Infant, by Mary A. Finan, Her Guardian ad Litem, Respondent, Appellant, v. John Morgan, Appellant, Respondent, Impleaded with Others.— Judgment affirmed, without costs. No opinion. (Ingraham and Clarke, JJ., dissenting upon the ground that the evidence was not sufficient to sustain any judgment against the defendant John Morgan.) Settle order on notice.

The People of the State of New York, Respondent, v. George Cloos, Appellant.— Judgment affirmed, with costs. No opinion.

Mary Natelsky, as Administratrix, etc., of Harry Natelsky, Deceased, Respondent, v. Hudson Coal Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Charles Stockton Halsted, Appellant, v. Union Trust Company of New York, as Trustee of and under the Last Will and Testament of Catharine Crane Halsted, Deceased, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. No opinion.

Emily Linden, Appellant, v. Ferdinand M. Thieriot and Others, as Executors, etc., of Peter Marie, Deceased, Respondents.— Judgment affirmed, with costs, on 116 Appellate Division, 295.

George G. Belden, Respondent, v. William Belden, Appellant, Impleaded with Charles D. Belden and Henry Belden, Individually, and as Executors, etc., of Henry Belden, Deceased, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

The City of New York, Respondent, v. American Ice Company, Appellant.— Determination affirmed, with costs. No opinion. (McLaughlin, J., dissenting.)

The People of the State of New York ex rel. William Waldorf Astor, Appellant, v. William E. Stillings, Chairman, George C. Norton and Oscar S. Bailey, Commissioners under Chapter 537 of the Laws of 1893, as Amended by Chapter 567 of the Laws of 1894, Chapter 747 of the Laws of 1905 and Other Acts, Defendants, and The City of New York, Respondent.— Order modified as directed in order and as modified affirmed, without costs. No opinion.

Adelia Gertrude Stringer, Appellant, v. Charles B. Barker, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William E. Dodge Stokes, as Trustee of the Phelps Mission, a Corporation, Respondent, v. Henry Dale and Others, Appellants.— Order modified as directed in order entered, and as modified affirmed, without costs. No opinion.